GARY M. RESTAINO
United States Attorney
District of Arizona

SETH T. GOERTZ
Arizona State Bar No. 031645
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: seth.goertz@usdoj.gov
Attorneys for Plaintiff



FILED
Oct 16 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01412-PHX-DJH (ASB) |
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 1001(a)(2) |
| Jimmy Daniel Rodriguez, | (False Statement to a Government Agency) |
| Defendant. | |

THE UNITED STATES CHARGES:

On or about February 2, 2021, within the District of Arizona and elsewhere, defendant JIMMY DANIEL RODRIGUEZ, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a loan application within the jurisdiction of the Executive Branch of the United States government. Pursuant to the federal government's covid pandemic relief Paycheck Protection Program (PPP), administered through the government's Small Business Administration (SBA), Defendant submitted a false and fraudulent SBA Form 2483 loan application to Washington Federal Bank. In particular, Defendant submitted Form 2483 on behalf of "Keene Performance." On the form, Defendant falsely claimed that Keene Performance had nine employees and an average monthly payroll of $58,230.00. As a result of these false statements,

1  Defendant's company, Keene Performance, received a PPP loan in the amount of
2  $145,500.00.
3        In violation of Title 18, United States Code, Section 1001(a)(2).
4        Dated this ___16th___ day of ___October_____, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*[signature]*

SETH T. GOERTZ
Assistant U.S. Attorney