# WAIVER OF INDICTMENT

☒ FILED  ☐ LODGED

**Oct 16 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | |
| vs. | CR-23-01412-PHX-DJH (ASB) |
| Jimmy Daniel Rodriguez, | |
| Defendant. | |

Jimmy Daniel Rodriguez., the above-named defendant, who is accused of making a False Statement to a Government Agency, in violation of 18 U.S.C. § 1001(a)(2), being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jimmy Daniel Rodriguez
Defendant

_____
Zachary Cain
Counsel for Defendant

Date  10/16/2023