☒ FILED  ☐ LODGED

**Oct 16 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-23-01412-PHX-DJH (ASB) |
| Plaintiff, | **CONSENT OF DEFENDANT** |
| v. | |
| Jimmy Daniel Rodriguez, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 16th day of October, 2023.

_____
Jimmy Daniel Rodriguez
Defendant

_____
Zachary Cain
Counsel for Defendant

_____
Seth Troy Goertz
Assistant U.S. Attorney