JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ZACHARY CAIN
State Bar No. 020396
Asst. Federal Public Defender
Attorney for Defendant
Zachary_Cain@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   vs.<br><br>Jimmy Daniel Rodriguez,<br><br>             Defendant. | No. CR-23-01412-PHX-DJH<br><br>MOTION TO AMEND RELEASE CONDITIONS NUNC PRO TUNC |

Defendant Jimmy Rodriguez, through undersigned counsel, moves the Court to amend the Order Setting Conditions of Release [Doc. 13] nunc pro tunc to delete the requirement that Defendant report to U.S. Pretrial Services as directed. Defendant makes this request because it is the recollection of the parties that the Court ordered no pretrial supervision in its oral pronouncement when setting release conditions.

Defendant appeared before the United States Magistrate Judge Alison Bachus on October 31, 2023 for Initial Appearance and Chage of Plea Hearing. Prior to the hearings, Pretrial Services submitted a Bail Report recommending release without Pretrial Services supervision. [Doc. 10 at 4].  When the Court announced Defendant's release conditions, it is Counsel's recollection that the

Court agreed with the recommendations contained in the Bail Report and ordered Defendant released on his own recognizance without pretrial supervision. The Court ordered Defendant to surrender his passport to Pretrial Services.

However, the Court's written Order Setting Release Conditions directs Defendant to "report as directed to the U.S. Pretrial Services…" [Doc. 13]. This is inconsistent with the Court's oral pronouncement.

Counsel requests the Court amend the Order nunc pro tunc to reflect the Court's oral pronouncement and provide clarity to Defendant and Pretrial Services.

Defense counsel conferred with the Government's counsel regarding this request. The Government does not object to this Motion.

Respectfully submitted:   November 7, 2023.

JON M. SANDS
Federal Public Defender

 s/Zachary Cain
ZACHARY CAIN
Assistant Federal Public Defender
*Attorney for Defendant*