IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>  vs.<br>Jimmy Daniel Rodriguez,<br>        Defendant. | No. CR-23-01412-PHX-DJH<br><br>ORDER |

Upon review of Defendant's Motion to Amend Release Conditions Nunc Pro Tunc, there being no objection from the United States, and good cause appearing,

IT IS ORDERED granting the Defendant's Motion.

IT IS FURTHER ORDERED amending the Order Setting Conditions of Release [Doc. 13] nunc pro tunc, deleting the requirement that Defendant report as directed to U.S. Pretrial Services.