# UNITED STATES DISTRICT COURT
for the
## District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

### Disposition Notice

**Date:** July 19, 2024
**By:** VE

---

**Defendant:** Jimmy Daniel Rodriguez           **Case Number:** 0970 2:23CR01412
**Date of Birth:** 1976                        **Place of Birth:** Corona, California
**SSN:** xxx-xx-1243

---

**Notice of Court Order** (Order Date: October 31, 2023)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number 6XXXXXXXX to the custody of the U.S. Pretrial Services on November 8, 2023.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court